

ENTERED
04/03/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BIANCA CRUZ | § | CASE NO: 18-10208 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

**ORDER**
**SETTING ELECTRONIC HEARING**
*Regarding ECF Nos. 164 & 165*

Pending before the Court is Deighan Law LLC's Motion To Strike and The United States Trustee's Objection.[1]  It is therefore

**ORDERED:** that

1. A telephonic hearing shall be held before the United States Bankruptcy Court, Southern District of Texas, McAllen, Texas on May 27, 2020 at 10:00 a.m. (Central Standard Time).
2. Parties are instructed to utilize the call-in instructions for hearings before Judge Rodriguez as reflected in the Court's Procedures § V, which can be found on the Southern District of Texas Bankruptcy Court's web page.
3. Video appearances and witness testimony will be permitted.  Parties are to utilize the join.me web-based application.  Additional instructions can be found on Judge Rodriguez's web page.
4. Within two business days of receipt of this Order, Deighan Law, LLC must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 04/03/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] ECF Nos. 164, 165